JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELITA JALICIC METER,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL, *Acting Commissioner of Social Security*,<br>　　　　Defendant. | Case No. SA CV 16-1267 JCG<br>**JUDGMENT** |

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: January 12, 2018

_____
Hon. Jay C. Gandhi
United States Magistrate Judge